OPINION — AG — ** PAYROLL DEDUCTIONS — CONTRIBUTIONS TO CHARITY — UNAUTHORIZED ** THE DEPARTMENT OF HUMAN SERVICES, CREATED UNDER ARTICLE XXV, SECTION 2 OKLAHOMA CONSTITUTION, IS 'NOT' EMPOWERED BY LAW TO MAKE DEDUCTIONS FROM EMPLOYEES' SALARIES FOR PAYMENT TO PRIVATE CHARITIES. (PUBLIC FINANCE, SALARY, PRIVATE CHARITY, CONTRIBUTIONS, PAY WARRANT) CITE: OPINION NO. 75-253, ARTICLE XXV, SECTION 1, ARTICLE XXV, SECTION 2, ARTICLE XXV, SECTION 3, ARTICLE XXV, SECTION 4, 62 O.S. 41.26 [62-41.26], 62 O.S. 41.21 [62-41.21], 62 O.S. 41.17 [62-41.17], 62 O.S. 7.6 [62-7.6] (GERALD E. WEIS) ** SEE OPINION NO. 88-021 (1989) **